# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:19-cv-270-GCM

EFREN DELGADO,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, *et al*,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Mark L. Hanover,** filed July 29, 2019 (Doc. No. 6).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Hanover is admitted to appear before this court *pro hac vice* on behalf of Defendants, The Allstate Corporation, Allstate Indemnity Company, and Allstate Insurance Company.

**IT IS SO ORDERED.**

Signed: August 1, 2019

Graham C. Mullen
United States District Judge